■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER C. DORN, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent. — Motion by appellant for leave to prosecute appeal as a poor person, granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten statement, in lieu of a formal brief, of the reasons which in his opinion require reversal of the order appealed from. Such statement shall include a copy of the opinion, if any, rendered by the court below. The appellant is directed to file six copies of said typewritten statement and to serve one copy on the Attorney-General. Appellant's time to perfect the appeal is enlarged to the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MORRIS GOLDBERG, Relator, v. JOHN F. McNEILL, as Director of Matteawan State Hospital, Respondent.— Application for a writ of habeas corpus denied on the ground that the application fails to comply with the provisions of section 1234 of the Civil Practice Act. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN W. HOLLAND, Appellant, v. EDWARD J. O'HARA, as Warden of the County Jail, County of Nassau, Respondent.— Motion by respondent to dismiss appeal, denied. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GUIDO PIIZZI, Appellant, v. JOHN E. HOY, as Sheriff of Westchester County, Respondent. THE PEOPLE OF THE STATE OF NEW YORK ex rel. GUIDO PIIZZI, on the Petition of HALLAM M. RICHARDSON, Appellant, v. JOHN E. HOY, as Sheriff of Westchester County, Respondent.— Motion by appellant to consolidate his appeals, granted; appeals consolidated. Motion by appellant to dispense with printing, denied. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS G. QUINONES, Appellant, v. FRANCIS O'NEILL, as Senior Director of Central Islip State Hospital, Respondent.— On the call of the calendar, appeal dismissed; there being no appearance for appellant and appellant having failed to comply with an order of this court, dated December 27, 1960, requiring him to perfect his appeal for the April 1961 Term. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.